Kalu DIOGU, Plaintiff–Appellant

v.

FREESCALE SEMICONDUCTOR, INC.; Motorola, Inc., Defendants–Appellees.

No. 06–50743.

United States Court of Appeals, Fifth Circuit.

Sept. 12, 2007.

Kalu Diogu, Diogu Law Firm, Houston, TX, pro se.

Brian S. Greig, Thomas Andrew Nesbitt, Sarah Renee Holland, Fulbright & Jaworski, Austin, TX, for Defendants–Appellees.

Before REAVLEY, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Having considered the briefs, argument by counsel, and pertinent parts of the record, and essentially for the reasons stated by the district court, the judgment is AFFIRMED.

Bud Owen WILLIAMS, Plaintiff–Appellant

v.

CITY OF FAYETTE; Rogers King, in his individual capacity, Defendants–Appellees.

No. 06–60910.

United States Court of Appeals, Fifth Circuit.

Sept. 12, 2007.

Jim D. Waide, III, Waide & Associates, for Plaintiff–Appellant.

Gary Erwin Friedman, Phelps Dunbar, Jackson, MS, for Defendants–Appellees.

Before REAVLEY, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Having reviewed the briefs and pertinent parts of the record, and essentially for the reasons stated by the district court, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.